UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
~~CHARLOTTE~~ Statesville DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:04CR60 |
| | ) | |
| vs. | ) | ORDER FOR RELEASE |
| | ) | |
| MARTIN MORENO-RAMIREZ | ) | |

The United States Marshals Service is ordered to release Martin Moreno Ramirez, who appeared before the Honorable David C. Keesler at an initial appearance and was ordered detained on September 29, 2005. Based on newly discovered information, the person arrested and detained is not the person indicted, although they share the same name.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

This 30th day of September, 2005.

CARL HORN III
UNITED STATES MAGISTRATE JUDGE