UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:04CR60-RLV-DSC-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) ORDER |
| MARTIN MORENO-RAMIREZ, | ) |
| Defendant. | ) |

This **MATTER** is before the Court on its own Motion to administratively close the case as to **MARTIN MORENO-RAMIREZ**. The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is, therefore, **ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: March 2, 2017

Richard L. Voorhees
United States District Judge