# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:04-CR-00060-KDB-DSC

| | |
|---|---|
| USA,<br><br>Plaintiffs,<br><br>v.<br><br>MARTIN MORENO-RAMIREZ,<br><br>Defendants. | ORDER |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss (Doc. No. 9) the Indictment (Doc. No. 1) as to Defendant Martin Moreno-Ramirez without prejudice and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The Court **GRANTS** the Government's Motion.

**IT IS THEREFORE ORDERED** the Indictment (Doc. No. 1) be DISMISSED without prejudice as to Defendant Martin Moreno-Ramirez.

Signed: September 27, 2019

Kenneth D. Bell
United States District Judge